# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 7, 2023

## NO. 03-21-00370-CV

**Texas Department of State Health Services, Appellant**

**v.**

**Kensington Title-Nevada, LLC, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
## REVERSED AND RENDERED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on June 28, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing Kensington's claims for lack of subject-matter jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.